ACCEPTED
04-15-00061-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/11/2015 9:02:49 AM
KEITH HOTTLE
CLERK

# No. 04-15-00061-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/11/2015 9:02:49 AM
KEITH E. HOTTLE
Clerk

**RAVI BOTLA, M.D.,**
*Appellant*

*vs.*

**SALVADOR DEL TORO, JR.,**
*Appellee*

### *NOTICE OF APPEARANCE OF APPELLATE COUNSEL & UNOPPOSED MOTION FOR FIVE-DAY EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR PERMISSIVE APPEAL*

TO THE JUSTICES:

Ravi Botla, M.D. has petitioned this Court to appeal the denial of a summary judgment order. Salvador Del Toro, Jr. asks this Court and all parties in the case to take notice that he has retained appellate counsel: Kimberly S. Keller, Keller Stolarczyk PLLC, 234 West Bandera Road, No. 120, Boerne, Texas 78006, email: kim@kellsto.com.

Botla filed his petition for permissive appeal on February 6, 2015. Del Toro's response is due on February 16, 2015. Due to the short deadline allowed for the filing of a response to a petition for

- 1 -

permissive appeal and Del Toro's recent hiring of new counsel for purposes of appeal, Del Toro respectfully requests this Court to grant him a five-day extension of the response deadline, which would make his response due on February 23, 2015. This extension is needed to allow newly-retained appellate counsel to review the file, review the petition for permissive appeal, and prepare and file a response. *Botla is unopposed to this extension request.*

Respectfully submitted,

KELLER STOLARCZYK PLLC
234 West Bandera Road #120
Boerne, Texas 78006
Tele: 830.981.5000
Facs: 888.293.8580
/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
www.kellsto.com
Email: kim@kellsto.com

George W. Mauzé, II
MAUZÉ LAW FIRM
2632 Broadway, Suite 400S
San Antonio, Texas 78215
Tele: 210.225.6262
Facs: 210354.3909

*ATTORNEYS FOR DEL TORO*

## <u>CERTIFICATE OF CONFERENCE & SERVICE</u>

On February 10, 2015, Del Toro's trial counsel, George Mauzé, of Mauzé Law Firm, conferred with opposing counsel, Diana L. Faust, of Cooper & Scully, P.C., and was advised that Botla is unopposed to this Motion. On February 11, 2015, I served a copy of this Notice and Motion on those individuals listed below via this Court's e-filing system or facsimile:

Diana L. Faust
Michelle E. Robberson
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202

Brett B. Rowe
Nicki K. Elgie
EVANS, ROWE & HOLBROOK, P.C.
10101 Reunion Place, Suite 900
San Antonio, Texas 78216

<u>/s/Kimberly S. Keller</u>
Kimberly S. Keller
